UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, *aka Kevin Moore*,<br><br>　　　　　Defendant. | CR-17-42 -GF-BMM<br><br>ORDER |

　　　IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

　　　DATED 30th day of July, 2018.

_____
Brian Morris
United States District Court Judge