Lynsey Ross
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North, Ste 3200
Billings, MT 59101
(406) 247-4632
lynsey.ross@usdoj.gov

*Attorney for United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JOHN KEVIN MOORE,<br><br>Defendant. | 4:17-cr-00042-BMM<br><br>**NOTICE OF FILING OF EXHIBITS** |

The United States of America submits the attached exhibits in support of its Motion to Substitute Restitution Payee. The attached exhibits are true and correct copies of the CSI payments to the nine victims with supporting declarations and are incorporated into the United States' Motion.

DATED: February 23, 2024.

/s/ Lynsey Ross
Lynsey Ross
Assistant U.S. Attorneys
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 23, 2024, a copy of the was served by electronic means on all parties noted in the Court's ECF transmission facilities pursuant to FRCP 5(d)(1), and on the following parties by US mail, first class, postage prepaid:

John Kevin Moore
PO Box 8821
Kalispell, MT 59901

*Pro Se Defendant*

/s/ Lynsey Ross
Lynsey Ross
Assistant U.S. Attorney
Attorneys for the United States