**CHRIS McCONNELL**
**KIRSTEN MADSEN**
Legal Counsel
Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601
Phone: (406) 444-2040
Fax: (406) 444-3497
Email: Christopher.Mcconnell@mt.gov
Email: Kirsten.Madsen@mt.gov
E-service: CSI.LegalService@mt.gov

*Counsel for Defendant Commissioner of Securities & Insurance, Office of the Montana State Auditor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Case No. CV-22-74-GF-BMM-JTJ<br><br>**DECLARATION OF RYAN SULLIVAN** |

I, Ryan Sullivan, in accordance with 28 U.S.C. § 1746, declare and state as follows:

1. I am over the age of 18 and have personal knowledge of the information in this declaration.

2. I am employed by the Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") as a securities examiner and/or investigator. My office is in Helena, Montana. I have held this position for approximately six years. My primary duties include investigating securities violations of the Securities Act of Montana, Mont. Code Ann. § 30-10-101, *et seq.*, and related laws.

3. I am aware of CSI's involvement in the above-captioned litigation. I make this declaration in support of Defendant CSI's Response to Defendant United States' Motion for Summary Judgment.

4. In my work at CSI, I have been appointed to, and participated as a member of, the recommendation committee of the CSI Securities Restitution Assistance Fund ("Restitution Fund") and am familiar with committee's processes. *See* Mont. Code Ann. §§ 30-10-1001, *et seq.*; Admin. R. Mont. 6.10.701 through 707. As a Restitution Fund committee member, I evaluated and voted on applications for Restitution Fund assistance. Additionally, as an employee of the Securities Department within CSI, among the records I am authorized to access are Restitution Fund records, including application materials, which are kept by CSI in the ordinary course and scope of the agency's business.

5. I have reviewed the applications for Restitution Fund assistance which CSI received from victims of Defendant John Kevin Moore's related state and federal cases: *U.S. v. John Kevin Moore*, CR-17-42-GF-BMM-01 (D. Mont.) and *Rosendale v. John Kevin Moore et al.*, Cause No. DV 15-2016-794(D), Montana Eleventh Judicial District Court, Flathead County.

6. To date, CSI received applications for Restitution Fund assistance from at least nine of Moore's victims in the case(s) I cited in ¶¶ 5 & 6.

7. Exhibit A is a true and correct copy of the first page of each application.[1]

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.*

EXECUTED this 25th day of January 2024.

RYAN SULLIVAN
Securities investigator and examiner
Commissioner of Securities and Insurance
Office of the Montana State Auditor

1 The victims' addresses have been redacted for privacy concerns.

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. · Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 · Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Daniel R. Morrison
**Victim Address:** [redacted]
**City:** [redacted] **State:** mT **Zip:** [redacted]
**Phone Number:** [redacted]
**Case Name:** U.S. Vs. Kevin Moore **Case #:** CR-17-42-GF-BMM
**Date Restitution Ordered:** 1-30-19

**Amount of Restitution Ordered:** 196,000
**Less Restitution Received:** Ø
**Total Investment Loss:** 196,000

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

EXHIBIT
tabbies
A

*Revised 01/19*

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. · Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 · Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Patricia W. Shirey

**Victim Address:** [redacted]

**City:** [redacted] **State:** M.T. **Zip:** [redacted]

**Phone Number:** [redacted]

**Case Name:** USA v John Lynn Moore **Case #:** CR-17-42 GF-BMM

**Date Restitution Ordered:** 2-1-19

**Amount of Restitution Ordered:** 25,000.00
**Less Restitution Received:** -0-
**Total Investment Loss:** 25,000.00

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

*Revised 01/19*

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Joseph Withey
**Victim Address:** [redacted]
**City:** [redacted] **State:** MT **Zip:** [redacted]
**Phone Number:** [redacted]
**Case Name:** John Kevin Moore **Case #:** CR-17-42-GF-BMM
**Date Restitution Ordered:** 2-11-19

**Amount of Restitution Ordered:** 249,200.00
**Less Restitution Received:** Ø
**Total Investment Loss:** 249,200.00

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Luis R. Walters Jr. and Janet E. Walters
**Victim Address:** [redacted]
**City:** [redacted] **State:** MT **Zip:** [redacted]
**Phone Number:** [redacted]
**Case Name:** US vs John Kevin Moore **Case #:** CR-17-42-GF-BMM
**Date Restitution Ordered:** September 2018

**Amount of Restitution Ordered:** 73,500
**Less Restitution Received:** ____________
**Total Investment Loss:** 73,500

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Scott E Curry
**Victim Address:** [redacted]
**City:** [redacted] **State:** Mt **Zip:** [redacted]
**Phone Number:** [redacted]
**Case Name:** US vs John Moore **Case #:** CR-17-42-GF-BMM
**Date Restitution Ordered:** Jan-2019

**Amount of Restitution Ordered:** 20,000
**Less Restitution Received:** -0-
**Total Investment Loss:** 20,000

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Stuart H. Cole
**Victim Address:** [redacted]
**City:** [redacted] **State:** Mt **Zip:** [redacted]
**Phone Number:** [redacted]
**Case Name:** John Kevin Moore **Case #:** DV-16-794D / USA v John Kevin Moore CR-17-42-GF-BMM
**Date Restitution Ordered:** Oct 16, 2018

**Amount of Restitution Ordered:** $20,000
**Less Restitution Received:** -0-
**Total Investment Loss:** $20,000

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** James Dodkin

**Victim Address:** [redacted]

**City:** [redacted] **State:** MT **Zip:** [redacted]

**Phone Number:** [redacted]

**Case Name:** USA vs. John Kevin Moore **Case #:** CR-17-42-GF-BMM

**Date Restitution Ordered:** 2-1-19

**Amount of Restitution Ordered:** $36,500

**Less Restitution Received:** ______

**Total Investment Loss:** ______

## Instructions:

- ✓ Attach a copy of the Final Order upon which this Application is based.
- NA ✓ Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Ø Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- ✓ Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- ✓ Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** EDWARD PAUL JANES
**Victim Address:** [redacted]
**City:** [redacted] **State:** MT. **Zip:** [redacted]
**Phone Number:** [redacted]
**Case Name:** UNITED STATES OF AMERICA v KEVIN MOORE **Case #:** CR-17-42-GF BMM
**Date Restitution Ordered:** 02-01-2019

**Amount of Restitution Ordered:** ____________
**Less Restitution Received:** ____________
**Total Investment Loss:** $2,000.00

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

*Revised 01/19*

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. • Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 • Web: www.csimt.gov

# Application for Restitution Assistance

**Victim Name:** Niko Vlahou

**Victim Address:** [redacted]

**City:** [redacted] **State:** MT **Zip:** [redacted]

**Phone Number:** [redacted]

**Case Name:** USA vs. John Kevin Moore **Case #:** Cr-17-42-GF-BMM

**Date Restitution Ordered:** ____________

**Amount of Restitution Ordered:** ____________
**Less Restitution Received:** ____________
**Total Investment Loss:** $19558.00

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

**CHRIS McCONNELL**
**KIRSTEN MADSEN**
Legal Counsel
Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601
Phone: (406) 444-2040
Fax: (406) 444-3497
Email: Christopher.Mcconnell@mt.gov
Email: Kirsten.Madsen@mt.gov
E-service: CSI.LegalService@mt.gov

*Counsel for Defendant Commissioner of Securities & Insurance, Office of the Montana State Auditor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Case No. CV-22-74-GF-BMM-JTJ<br><br>**DECLARATION OF AMANDA SCHERER** |

I, Amanda Scherer, in accordance with 28 U.S.C. § 1746, declare and state as follows:

1. I am over the age of 18 and have personal knowledge of the information in this declaration.

2. I am employed by the Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") as an accounting technician. My office is in Helena, Montana. I have held this position for approximately 14 years. My primary duties include reviewing and inputting expense requests and payments at CSI. CSI tracks agency expenditures and payments. This includes authorized expenditures and payments from the CSI Securities Restitution Assistance Fund ("Restitution Fund"). As an accounting technician at CSI, among the records I am authorized to access and review are vouchers for payment, which are kept by CSI in the ordinary course and scope of the agency's business.

3. I am aware of CSI's involvement in the above-captioned litigation. I make this declaration in support of Defendant CSI's Response to Defendant United States' Motion for Summary Judgment.

4. Upon request, I reviewed the expenditures and authorized payments made by CSI from the Restitution Fund as it related to victims of John Kevin Moore in *U.S. v. John Kevin Moore*, CR-17-42-GF-BMM-01 (D. Mont) and *Rosendale v. John Kevin Moore et al.*, Cause No. DV 15-2016-794(D).

5. Between approximately March 2019 and December 2019, CSI made payments to nine victims: Daniel Morrison, Patricia Shirey, Joseph Withey, Janet

Walters, Scott Curry, Stuart Cole, James Dodkin, Edward Janes, and Niko Vlahou. The total amount of payments to these nine individuals was $77,514.50.

6. The payments described in ¶¶ 4 and 5 came from monies in the Restitution Fund.

7. The payments described in ¶¶ 4 and 5 are evidenced by Vouchers For a Payment.

8. Exhibit B is a true and correct copy of the Vouchers For a Payment for each victim identified in ¶¶ 4 and 5.[1]

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.*

DATED this 25 day of January 2024.

By:______________________________
AMANDA SCHERER
Accounting Technician
Commissioner of Securities and Insurance
Office of the Montana State Auditor

[1] The victims' addresses have been redacted for privacy concerns.

MT Payment Inquiry

## Vouchers For a Payment

Supplier: DANIEL R MORRISON

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 15,000.00 USD

Payment Method: CHK

Pay Status: Paid

Pymnt Ref ID: 0002246416

Accounting Date: 03/08/2019

Payment Date: 03/11/2019

Reconcile Date: 03/15/2019

Cancel Date:

Cancel Action: No Cancel

Date Staledated:

Staledate Status:

Action Date:

Days Outstanding: 4

Description:

Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017006 | DANIEL MORRISON | 03/08/2019 | 0000332321 | 000001 | USD | 15,000.00 | 15,000.00 | | | View Advice |

Return to Search | Refresh

EXHIBIT B

CSI_0047

MT Payment Inquiry

## Vouchers For a Payment

Supplier: PATRICI W SHIREY

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 2,500.00 USD
Payment Method: CHK
Pay Status: Paid

Pymnt Ref ID: 0002253624
Accounting Date: 05/16/2019
Payment Date: 05/17/2019
Reconcile Date: 05/24/2019
Cancel Date:
Cancel Action: No Cancel
Date Staledated:
Staledate Status:
Action Date:
Days Outstanding: 7

Description:

### Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017091 | PATRICI W SHIREY | 05/16/2019 | 0001274469 | 000001 | USD | 2,500.00 | 2,500.00 | | | View Advice |

Return to Search | Refresh

CSI_0048

MT Payment Inquiry

## Vouchers For a Payment

Supplier: JOSEPH J WITHEY

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 25,000.00 USD
Payment Method: CHK
Pay Status: Paid

Pymnt Ref ID: 0002246418
Accounting Date: 03/08/2019
Payment Date: 03/11/2019
Reconcile Date: 03/25/2019
Cancel Date:
Cancel Action: No Cancel
Date Staledated:
Staledate Status:
Action Date:
Days Outstanding: 14

Description:

Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017003 | JOSEPH WITHEY | 03/08/2019 | 0000704837 | 000001 | USD | 25,000.00 | 25,000.00 | | | View Advice |

Return to Search | Refresh

CSI_0049

MT Payment Inquiry

## Vouchers For a Payment

Supplier: LUIS R WALTERS JR & JANET E WALTERS

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 12,500.00 USD
Payment Method: CHK
Pay Status: Paid

Pymnt Ref ID: 0002271569
Accounting Date: 12/03/2019
Payment Date: 12/04/2019
Reconcile Date: 12/09/2019
Cancel Date:
Cancel Action: No Cancel
Date Staledated:
Staledate Status:
Action Date:
Days Outstanding: 5

Description:

### Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017298 | JANET WALTERS | 12/03/2019 | 0001092194 | 000001 | USD | 12,500.00 | 12,500.00 | | | View Advice |

Return to Search | Refresh

CSI_0050

MT Payment Inquiry

## Vouchers For a Payment

Supplier: SCOTT E CURRY

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 2,500.00 USD

Payment Method: CHK

Pay Status: Paid

Pymnt Ref ID: 0002253618

Accounting Date: 05/16/2019

Payment Date: 05/17/2019

Reconcile Date: 05/28/2019

Cancel Date:

Cancel Action: No Cancel

Date Staledated:

Staledate Status:

Action Date:

Days Outstanding: 11

Description:

### Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017092 | SCOTT EVERETT CURRY | 05/16/2019 | 0000307564 | 000001 | USD | 2,500.00 | 2,500.00 | | | View Advice |

Return to Search | Refresh

CSI_0051

MT Payment Inquiry

## Vouchers For a Payment

Supplier: STUART H COLE

[redacted]

[redacted] CA [redacted] USA

Payment Amount: 5,000.00 USD

Payment Method: CHK

Pay Status: Paid

Pymnt Ref ID: 0002246419

Accounting Date: 03/08/2019

Payment Date: 03/11/2019

Reconcile Date: 03/28/2019

Cancel Date:

Cancel Action: No Cancel

Date Staledated:

Staledate Status:

Action Date:

Days Outstanding: 17

Description:

### Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017005 | STUART COLE | 03/08/2019 | 0001242047 | 000001 | USD | 5,000.00 | 5,000.00 | | | View Advice |

Return to Search | Refresh

CSI_0052

MT Payment Inquiry

## Vouchers For a Payment

Supplier: JAMES D DODKIN

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 9,125.00 USD
Payment Method: CHK
Pay Status: Paid

Pymnt Ref ID: 0002253621
Accounting Date: 05/16/2019
Payment Date: 05/17/2019
Reconcile Date: 05/22/2019
Cancel Date:
Cancel Action: No Cancel
Date Staledated:
Staledate Status:
Action Date:
Days Outstanding: 5

Description:

Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017093 | JAMES DODKIN | 05/16/2019 | 0000839324 | 000001 | USD | 9,125.00 | 9,125.00 | | | View Advice |

Return to Search | Refresh

CSI_0053

MT Payment Inquiry

## Vouchers For a Payment

Supplier: EDWARD P JANES

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 1,000.00 USD

Payment Method: CHK

Pay Status: Paid

Pymnt Ref ID: 0002253619

Accounting Date: 05/16/2019

Payment Date: 05/17/2019

Reconcile Date: 05/22/2019

Cancel Date:

Cancel Action: No Cancel

Date Staledated:

Staledate Status:

Action Date:

Days Outstanding: 5

Description:

### Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017095 | EDWARD PAUL JANES | 05/16/2019 | 0000496529 | 000001 | USD | 1,000.00 | 1,000.00 | | | View Advice |

Return to Search | Refresh

CSI_0054

MT Payment Inquiry

## Vouchers For a Payment

Supplier: NICK K VLAHOU

[redacted]

[redacted] MT [redacted] USA

Payment Amount: 4,889.50 USD

Payment Method: CHK

Pay Status: Paid

Pymnt Ref ID: 0002246417

Accounting Date: 03/08/2019

Payment Date: 03/11/2019

Reconcile Date: 03/18/2019

Cancel Date:

Cancel Action: No Cancel

Date Staledated:

Staledate Status:

Action Date:

Days Outstanding: 7

Description:

### Voucher Payment Details

1-1 of 1 | View All

Voucher Details | More Details

| Business Unit | Voucher ID | Invoice Number | Invoice Date | Supplier ID | Supplier Loc | Currency | Gross Invoice Amount | Paid Amount | Acctg Entries | Detail Lines | View Advice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34010 | 00017004 | NICK VLAHOU | 03/08/2019 | 0000641878 | 000001 | USD | 4,889.50 | 4,889.50 | | | View Advice |

Return to Search | Refresh

CSI_0055

**CHRIS McCONNELL**
**KIRSTEN MADSEN**
Legal Counsel
Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601
Phone: (406) 444-2040
Fax: (406) 444-3497
Email: Christopher.Mcconnell@mt.gov
Email: Kirsten.Madsen@mt.gov
E-service: CSI.LegalService@mt.gov

*Counsel for Defendant Commissioner of Securities & Insurance, Office of the Montana State Auditor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Case No. CV-22-74-GF-BMM-JTJ<br><br>**DECLARATION OF ADAM STOLL** |

I, Adam Stoll, in accordance with 28 U.S.C. § 1746, declare and state as follows:

1. I am over the age of 18 and have personal knowledge of the information in this declaration.

2. I am employed by the Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") as an accountant. My office is in Helena, Montana. I have held this position for approximately two years. Prior to working at CSI, I was employed at the Montana Board of Crime Control as a grant account for approximately two and a half years.

3. As part of my regular duties at CSI, I process, review, and approve agency revenue, payments, vouchers, and expenses. This includes authorized expenditures and payments from the CSI Securities Restitution Assistance Fund ("Restitution Fund").

4. I am aware of CSI's involvement in the above-captioned litigation. I make this declaration in support of Defendant CSI's Response to Defendant United States' Motion for Summary Judgment.

5. Upon request, I reviewed the expenditures and authorized payments made by CSI from the Restitution Fund as it related to victims of John Kevin Moore in *U.S. v. John Kevin Moore*, CR-17-42-GF-BMM-01 (D. Mont) and *Rosendale v. John Kevin Moore et al.*, Cause No. DV 15-2016-794(D).

6. Between approximately March 2019 and December 2019, CSI made payments to nine victims: Daniel Morrison, Patricia Shirey, Joseph Withey, Janet

Walters, Scott Curry, Stuart Cole, James Dodkin, Edward Janes, and Nick Vlahou. The total amount of payments to these nine individuals was $77,514.50.

7. The payments described in ¶¶ 5 and 6 came from monies in the Restitution Fund and are evidenced by Vouchers For a Payment, which are attached as Exhibit B to the Declaration of Amanda Scherer (Jan. 26, 2024).

8. I also reviewed accounting records held at CSI to determine if any of the $77,514.50 paid by CSI from the Restitution Fund to the nine identified individuals described in ¶ 6 was ever returned to CSI or later reimbursed by John Kevin Moore.

9. CSI has not received any returned monies or reimbursement payments related to the $77,514.50 CSI paid to the nine identified individuals.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.*

DATED this 25 day of January 2024.

By: [signature]
ADAM STOLL
Accountant
Commissioner of Securities and Insurance
Office of the Montana State Auditor