**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JOHN KEVIN MOORE,<br><br>Defendant. | 4:17-cr-00042-BMM<br><br>**ORDER** |

The United States of America filed its Motion to Substitute Restitution Payee, seeking to substitute the Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") as a second-priority restitution payee for the $77,514.50 of restitution it advanced to nine victims in this case.

The Court finds that CSI compensated the following victims in the identified amounts for their respective restitution ordered in this case.

| Victim | Restitution Awarded and Claimed to CSI | CSI payment | Date of CSI payment | Balance after CSI Pmt |
|---|---|---|---|---|
| Daniel Morrison | $196,000.00 | $15,000.00 | 3/11/2019 | $181,000.00 |
| Patricia Shirey | $25,000.00 | $2,500.00 | 5/17/2019 | $22,500.00 |
| Joseph Withey | $249,200.00 | $25,000.00 | 3/11/2019 | $224,200.00 |
| Janet Walters | $73,500.00 | $12,500.00 | 12/4/2019 | $61,000.00 |
| Scott Curry | $20,000.00 | $2,500.00 | 5/17/2019 | $17,500.00 |
| Stuart Cole | $20,000.00 | $5,000.00 | 3/11/2019 | $15,000.00 |
| James Dodken | $36,500.00 | $9,125.00 | 5/17/2019 | $27,375.00 |
| Edward Janes | $2,000.00 | $1,000.00 | 5/17/2019 | $1,000.00 |
| Niko Vlahou | $19,558.00 | $4,889.50 | 3/11/2019 | $14,668.50 |
| **Total Restitution Awarded to these 9 Victims** | **$641,758.00** | | | **$564,243.50** |
| **Total Paid by CSI** | | **$77,514.50** | | |

The Court further finds that these payments compensated the victims for their respective losses for which each was awarded restitution and that CSI should be substituted as a second-priority restitution payee to receive restitution payments only after the restitution to the victims is paid in full pursuant to 18 U.S.C. § 3664(j)(1). The Court finds that the relief requested by the United States does not alter or increase Moore's total restitution obligation, but rather reapportions the total restitution already imposed by this Court.

Based on these findings,

IT IS HEREBY ORDERED that the United States' Motion is granted and CSI shall be substituted as the restitution payee for the $77,514.50 it paid to Moore's victims.

IT IS FURTHER ORDERED that CSI shall receive restitution only after all other victims are paid in full.

IT IS FURTHER ORDERED that the Clerk of Court shall adjust the restitution award for each of these nine victims accordingly and apply all prior and future distributions to the adjusted restitution balances as follows:

| Victim | Restitution Award | |
|---|---|---|
| Daniel Morrison (adjusted) | $ | 181,000.00 |
| Patricia Shirey (adjusted) | $ | 22,500.00 |
| Joseph Withey (adjusted) | $ | 224,200.00 |
| Janet Walters (adjusted) | $ | 61,000.00 |
| Scott Curry (adjusted) | $ | 17,500.00 |
| Stuart Cole (adjusted) | $ | 15,000.00 |
| James Dodken (adjusted) | $ | 27,375.00 |
| Edward Janes (adjusted) | $ | 1,000.00 |
| Niko Vlahou (adjusted) | $ | 14,668.50 |
| Bill & Vicki Coffee (original) | $ | 561,525.00 |
| Tom Lillibridge (original) | $ | 400,000.00 |
| Candra Niswanger (original) | $ | 55,000.00 |
| Steven Shrader (original) | $ | 290,000.00 |
| Lisa Lorge (original) | $ | 25,000.00 |
| Charles Jantzen (original) | $ | 41,534.00 |
| David Carter (original) | $ | 55,000.00 |
| Janet Killeen (original) | $ | 25,000.00 |
| Donnie Hedlind (original) | $ | 40,000.00 |
| J.C. Skidmore (original) | $ | 25,000.00 |
| Russell & Barbara Blair (original) | $ | 28,000.00 |
| Elsie Miranti (original) | $ | 16,000.00 |
| Russ Gilbertson (original) | $ | 19,000.00 |
| Montana CSI (substituted and paid last) | $ | 77,514.50 |
| **Total Restitution Awarded** | **$** | **2,222,817.00** |

DATED this 23rd day of February, 2024.

Brian Morris, Chief District Judge
United States District Court