John Kevin Moore
PO Box 8821
Kalispell, Mt. 9904
1-212-9951

FILED

MAR 1 1 2024

Clerk, U.S. District Court
District of Montana
Great Falls

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE,<br><br>Defendant. | ) | 4: 17-cr-00042-BMM<br><br>**OBJECTION TO UNITED STATES MOTION TO SUBSTITUTE RESTITUTION PAYEE UNDER 18 U.S.C. 3664 ( j )** |

In Response to Case 4:17-cr-00042-BMM Document 229 File 02/23/24 Page 1/2.

The United States of America has respectfully asked this court to amend the record of original trial to include the Commissioner of securities and Insurance, Office of the Montana State Auditor ( CSI ) as the second priority restitution payee as authorized by 18 U.S.C. 3664 ( j ). This defendant John Kevin Moore respectfully objects and will answer with his accompanying remarks in answering document 230 filed 02/23/24 of Case 4:17-cr-00042-BMM.

J K Moore.
3-10-24

John Kevin Moore