Exhibit #1

**From:** **John Moore** kevinmoore0555@gmail.com
**Subject:** Fwd: Marie Pippin email
**Date:** March 8, 2024 at 9:10 AM
**To:** Info info@instyprintsmt.com

---------- Forwarded message ---------
From: **John Moore** <kevinmoore0555@gmail.com>
Date: Fri, Mar 8, 2024, 8:31 AM
Subject: Marie Pippin email
To: Insty Prints <mj@instyprintsmt.com>

Hi, again , April ...Please print two copies of this too. Thank you, "Kev"

Affirmation ����

---------- Forwarded message ---------
From: **Marie Pippin** <mpippin@valleycountymt.gov>
Date: Thu, Oct 13, 2022, 12:11 PM
Subject: Liens
To: kevinmoore0555@gmail.com <kevinmoore0555@gmail.com>

I've searched the records in my office and it appears that there are no liens recorded against John Kevin Moore or Milk River Hunting Preserve, LLC.

Page 2 of

This lien search has been conducted within the records of the Valley County Clerk and Recorder's Office only, and to the best of our ability is complete. No liability is assumed for any errors or omissions in this search.

If you need additional information, please feel free to contact my office.

Thank you,

Marie

**Marie L. Pippin**

Valley County Clerk and Recorder/Superintendent of Schools/Election Administrator

501 Court Square, #2

Glasgow, MT 59230

Office phone: 406-228-6226

Email: mpippin@valleycountymt.gov