Case 4:17-cr-00042-BMM Document 230 Filed 02/23/24 Page 3 of 6

Exhibit # 2

In this case, CSI paid a total of $77,514.50 to nine of Moore's twenty-two victims:

| Victim | Restitution Awarded and Claimed to CSI | CSI payment | Date of CSI payment | Balance after CSI Pmt |
|---|---|---|---|---|
| Daniel Morrison | $196,000.00 | $15,000.00 | 3/11/2019 | $181,000.00 |
| Patricia Shirey | $25,000.00 | $2,500.00 | 5/17/2019 | $22,500.00 |
| Joseph Withey | $249,200.00 | $25,000.00 | 3/11/2019 | $224,200.00 |
| Janet Walters | $73,500.00 | $12,500.00 | 12/4/2019 | $61,000.00 |
| Scott Curry | $20,000.00 | $2,500.00 | 5/17/2019 | $17,500.00 |
| Stuart Cole | $20,000.00 | $5,000.00 | 3/11/2019 | $15,000.00 |
| James Dodken | $36,500.00 | $9,125.00 | 5/17/2019 | $27,375.00 |
| ➔ Edward Janes | $2,000.00 | $1,000.00 | 5/17/2019 | $1,000.00 |
| Niko Vlahou | $19,558.00 | $4,889.50 | 3/11/2019 | $14,668.50 |
| **Total Restitution Awarded to these 9 Victims** | **$641,758.00** | | | **$564,243.50** |
| **Total Paid by CSI** | | **$77,514.50** | | |

CSI compensated these nine victims for a portion of their respective losses for which each was awarded restitution. Accordingly, CSI should be substituted as a second-priority restitution payee for each of these nine victims for the amount of loss paid. The remaining victims did not receive compensation from CSI and their restitution balances should not be altered.

The United States further requests the Court order the Clerk of Court to adjust the restitution award for each of these nine victims accordingly and apply all prior and future distributions to the adjusted restitution balances. Though the Clerk has distributed some money to victims, those amounts are significantly less than what each victim is entitled to receive. Therefore, adjustment of the restitution award will not result in an overpayment of any victim. Further, because CSI must be paid only after the other victims, no payments would have previously been made to CSI.