Case 4:17-cr-00042-BMM Document 231-1 Filed 02/23/24 Page 11 of 27

Exhibit # 3

Matt M. Rosendale
CSI
Commissioner of Securities & Insurance

**Matt M. Rosendale**
Commissioner of Securities & Insurance
Montana State Auditor
840 Helena Ave. · Helena, MT 59601
Phone: 406.444.2040 or 800.332.6148
Fax: 406.444.5558 · Web: www.csimt.gov

# Application for Restitution Assistance

→ **Victim Name:** EDWARD PAUL JANES

**Victim Address:** [redacted]

**City:** [redacted] **State:** MT. **Zip:** [redacted]

**Phone Number:** [redacted]

**Case Name:** UNITED STATES OF AMERICA v KEVIN MOORE **Case #:** CR-17-42-GF BMM

**Date Restitution Ordered:** 02-01-2019

**Amount of Restitution Ordered:** ______________
**Less Restitution Received:** ______________
**Total Investment Loss:** $2,000.00

## Instructions:

- Attach a copy of the Final Order upon which this Application is based.
- Attach a copy of every restitution payment you received, if applicable. If noncash restitution was received, provide a complete description and value of the restitution.
- Provide documentation that you were a resident of the state of Montana or were domiciled in Montana at the time of the securities transaction upon which your restitution order was based.

Mont. Code Ann. § 30-10-1006 limits your claim to the lesser of $25,000 or 25% of the amount of unpaid restitution awarded in a Final Order, or $50,000 or 50% of the unpaid restitution if the victim is age 60 or older. When the Restitution Fund balance approaches zero (<$ 1,000,000), a loss ratio (your total investment loss divided by your total net worth) will be used to determine how much money you may be eligible to receive.

- Complete the attached **Net Worth Disclosure Form** for the Department to calculate your loss ratio.
- Complete the attached **Form W-9** in order for the Department to issue you a check if the Application for Restitution Assistance is approved.
- For further information, contact Lynne Egan, Deputy Securities Commissioner, (406)-444-4388.
- Submit completed application materials to:

  Commissioner of Securities & Insurance
  840 Helena Ave.
  Helena, MT, 59601.

*Revised 01/19*