Feb 28th '26

Dear Clerk of Court,

RECEIVED
MAR 05 2026
Clerk, U.S. District Court
District of Montana
Great Falls Division

Enclosed Please Find a money order to credit my Restitution in Case # 417-CR42 for John Kevin Moore. Also enclosed is a letter I sent to the Judges (Morris) Clerk of Court in Jan., regarding my pay'mt schedule as ordered by the Court and I agreed to after I completed my US Supervision. Please note that you are now taking $140⁰⁰ out of my Social Security benefits every month and I have been supplementing it w/ a money order for $60 to adhere to the $200/mo. pay'mt Required by Judge Morris in my Restitution order. I cannot afford a penny more as a 70 yr old disabled, unemployed Senior Citizen. Please make note of this pay'mt arrangement and ammend future statements. I also have not Rec'd notice from the Clerk of Court of →

a $500+ tax Return that went towards my Restitution order (as the IRS told me) and would like a Rec't regarding that Credit.

Thank you,

John Kevin Moore
PO Box 8821
Kalispell, MT
59904

Dear Clerk of Court,

Please file this letter as a matter of record in reference to my Restitution order in 417-CR42, John Kevin Moore. Enclosed please find a copy of the deduction the US Dept of Treasury is taking directly from my Social Security benefits by way of the US Attys Office to apply towards the above. My Restitution order from the Court was that I pay $200/mo, as I have complied with (and beyond) since my release from Federal Custody, along with a $725,000 credit from the sale of an LLC "untainted" property in 2024. I am a disabled Senior Citizen that is "unemployed", "unemployable" and in a severe state of health and not able to provide for myself or, my Service Dog, yet .....I have honored the Judges order all this time , as well as after my Supervision time which expired in September of last year. The ONLY place I have to pay this $200/month payment is my Social Security benefits, so why would the Govt FORCE a payment from those proceeds, which should be protected and charge me a processing fee on top of that which simply deprives my victims of even more $ towards my Court ordered debt ? The US Attys Office under Jesse Laslovich put this Statute in place originally with a $98 payment being taken out of my Social Security benefits and my Probation Officer had me send in $102/mo to make up the difference. Now, the Dept of Treasury is taking $140/mo (without my consent) and I can only afford to pay the difference of $60/mo to meet the Judges order that I have already been complying with for over (3) yrs now. I am not going to pay a 25% ridiculous processing fee every month to the Dept of Treasury for a payment that I was already making ! Enclosed please find that $60 payment in the form of (3) money orders for Nov 2025, Dec 2025 and Jan 2026. Please add this to the record and bill me accordingly in the future, consistent with the Courts order, not the threats from the US Attys Office of Jesse Laslovich who is not employed by the DOJ anymore and had a major conflict and no Jurisdiction over my LLC property Civil litigation that I mediated with Magistrate Johnston and the US Attys Office has still not complied with, to date. Also enclosed, please find a statement from the IRS with a notice of my Tax refund, which apparently was taken from me and applied to this same Restitution order but I have never received confirmation of. Please send me a receipt for the enclosed payments and amend the record to reflect my compliance with Judge Morris' order and I will be sure to make the $60 payment to the Clerk of Court from this point forward, along with the Social Security deduction of $140/mo that is already depleting my benefits. Thank you for your consideration and help in this matter.

John Kevin Moore. (406) 212-9951